UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Phillip Horswell,                                                         Civ. No. 20-11 (PAM/TNL)

                Petitioner,

v.
                                                                    **ORDER**

State of Minnesota,

                Respondent.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung dated May 13, 2020.  The R&R recommends that Petitioner Phillip Horswell's "Presentation of Evidence" Petition for habeas-corpus relief be denied and no certificate of appealability be granted.  Horswell failed to file objections to the R&R in the time period permitted.  The Court therefore **ADOPTS** the R&R (Docket No. 5).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Petition (Docket No. 1) is **DENIED**;

2. This action is **DISMISSED without prejudice**; and

3. No Certificate of Appealability will issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 17, 2020                                    *s/Paul A. Magnuson*
                                                                Paul A. Magnuson
                                                                United States District Court Judge